# EXHIBIT B

| **Accused Devices** | **Asserted Claims** | **Plaintiffs' Contentions Concerning Ethicon's Willful Direct and Indirect Infringement of U.S. Patent No. 6,596,296** |
|---|---|---|
| (1) Coated VICRYL® Plus Antibacterial (Polyglactin 910) Suture or other products within the scope of FDA 510(k) K032420, K132580, and K1811652[i] | 1, 4, 11, 16, 17, 20, 26 | <u>The accused devices practice asserted claims 1, 4, 11, 16, 17, 20, 26.</u><br>*See* Amended Complaint for Patent Infringement, ¶¶ 29-30, 33. '296 patent claim 1 recites "1. A composition comprising at least one biodegradable polymer fiber wherein said fiber is composed of a first phase and a second phase, the first and second phases being immiscible, and wherein the second phase comprises one or more therapeutic agents." The accused devices practice **claim 1** because each includes a strand of braided bioabsorbable polymer filaments coated with a bioabsorbable polymer layer composed of discrete triclosan-containing regions of calcium stearate (second phase) dispersed throughout (not dissolved in) a polymer portion made up of a copolymer of glycolide and lactide (first phase).[1] The accused devices practice **claim 4** because each said coated bioabsorbable polymer filament is braided in assembly with other filaments.[2] The accused devices practice **claim 11** because triclosan is part of the general class of antibiotics.[3] The accused devices practice **claims 16 and 17** because a copolymer of glycolide and lactide is part of the class of aliphatic polyesters.[4] The accused devices practice **claim 20** because the bioabsorbable coating layer of the strand circumscribes the inner braided bioabsorbable polymer filaments.[5] The accused devices practice **claim 26** because the rate at which triclosan is released is not constant, but instead varies with time.[6]<br><br><u>Ethicon's Willful Direct Infringement</u><br>*See* Amended Complaint for Patent Infringement, ¶¶ 34, 36. Ethicon, Inc. and Ethicon US, LLC (hereinafter, "Ethicon") have directly infringed the '296 patent by making, selling, and offering to sell and importing in and into the United States, including to distributors, hospitals and other counterparties.[7] Further, Ethicon has known of the '296 patent claims and disclosure since it acquired certain intellectual property asserts from Angiotech in or about 2011 and has in fact attempted to patent technology based on the '296 patent.[8] Notwithstanding its knowledge of the scope of the '296 patent claims and its repeated attempts to gain rights to the '296 patent technology, Ethicon has continued to engage in infringing activities.<br><br><u>Ethicon's Indirect Infringement</u><br>*See* Amended Complaint for Patent Infringement, ¶ 35. Ethicon has indirectly infringed the '296 patent by inducing distributors, hospitals, and end-users to sell and/or use the accused products in the United States. Ethicon has known of the '296 patent claims and disclosure no later than the filing of the complaint in this action, but most likely as early as the time it acquired certain intellectual property assets from Angiotech in or about 2011 and has in fact attempted to patent technology based on the '296 patent.[9] With knowledge of the '296 patent, Ethicon has actively encouraged third parties to sell and use the accused devices knowing the same would infringe the '296 patent and with the specific intent to induce that infringement. Ethicon has entered and continue to enter into contractual relationships with distributors, hospitals, and other counterparties thereby intentionally controlling and/or directing the distribution, sale, and use of the Accused Products by such counterparties.[10] Ethicon has created, published, and disseminated websites and other information (e.g., product specifications, instructions for use, educational presentations) designed and intended to support and enable the sale and use of accused devices by distributors, hospitals, physicians, and others in the United States.[11] |

[1] *See, e.g.*, 9/17/19 Pokropinski Dep. Tr.; ETH-UT0004575-4579 (K032420); ETH-UT0004585-4590 (K132580); ETH-UT0004591-4595 (K181652); ETH-UT0005542-5697 (instructions for preparing coating); Coated VICRYL® Plus Antibacterial (polyglactin 910) Suture product page, https://www.jnjmedicaldevices.com/en-US/product/coated-vicryl-plus-antibacterial-polyglactin-910-suture; 5/16/19 Scalzo Dep. Tr. at 18:14-19:10, 21:12-24; 5/30/19 Collier Dep. Tr. at 44:1-11, 108:15-109:1, 110:21-111:11. Plaintiffs also intend to rely on expert testimony concerning Hansen solubility parameters, polymer properties and classifications, and therapeutic agent properties and classifications.

[2] *See* Fn. 1.

[3] *See* Fn. 1.

[4] *See* Fn. 1.

[5] *See* Fn. 1; 5/30/19 Collier Tr. at 44:1-11, 108:15-109:1, 110:21-111:11.

[6] *See, e.g.*, ETH-UT0005294-5338 (triclosan dissipation study), ETH-UT0005339-5368 (triclosan dissipation study).

[7] *See, e.g.*, ETH-UT0036981-36993, ETH-UT0008200, ETH-UT0008202, ETH-UT0036980 (identifying sales and manufacture of accused devices in the United States and abroad).

[8] *See, e.g.*, 3/27/19 Shatynski Dep. Tr. at 6:14-7:9, 8:16-19, 9:3-5, 9:22-10:2, 10:14-20, 33:7-24, 36:14-16, 43:17-44:2, 45:2-10, 46:23-35, 49:17-50:1, 67:7-25, 68:11-14, 68:20-22, 73:21-74:9,75:11-25, 76:3-8, 78:9-18, 78:25-79:12, 79:18-21, 79:25-80:18, 83:11-23, 85:9-11, 85:17-86:12, 87:4-17, 88:7-89:10, 90:5-20, 91:8-18, 92:3-24, 95:2-14, 101:11-25, 103:10-104:7.

| Accused Devices | Asserted Claims | Plaintiffs' Contentions Concerning Ethicon's Willful Direct and Indirect Infringement of U.S. Patent No. 6,596,296 |
|---|---|---|
| (2) MONOCRYL® Plus Antibacterial (Poliglecaprone 25) Suture or other products within the scope of FDA 510(k) K050845[ii] | 1, 2, 11, 16, 17, 26 | The accused devices practice the asserted claims 1, 2, 11, 16, 17, 26.<br>*See* Amended Complaint for Patent Infringement, ¶¶ 29, 31, 33. '296 patent claim 1 recites "1. A composition comprising at least one biodegradable polymer fiber wherein said fiber is composed of a first phase and a second phase, the first and second phases being immiscible, and wherein the second phase comprises one or more therapeutic agents." The accused devices practice **claim 1** because each includes at least one bioabsorbable polymer filament composed of discrete triclosan-containing regions of polyglycolic acid (second phase) dispersed throughout (not dissolved in) a random copolymer portion made up of epsilon caprolactone and polyglycolic acid (first phase).[12] The accused devices practice **claim 2** because the second phase is derived from a polymer, namely polyglycolic acid.[13] The accused devices practice **claim 11** because triclosan is part of the general class of antibiotics.[14] The accused devices practice **claims 16 and 17** because the random copolymer portion made up of epsilon caprolactone and polyglycolic acid (first phase) would be characterized as within the class of aliphatic polyesters.[15] The accused devices practice **claim 26** because the rate at which triclosan is released is not constant, but instead varies with time.[16]<br><br>Ethicon's Willful Direct Infringement<br>*See* Amended Complaint for Patent Infringement, ¶¶ 34, 36 and willful direct infringement allegations set forth in row (1) herein.<br><br>Ethicon's Indirect Infringement<br>*See* Amended Complaint for Patent Infringement, ¶ 35 and indirect infringement allegations set forth in row (1) herein. |

[9] *See id*.
[10] *See, e.g.*, ETH-UT0036981-36993.
[11] *See, e.g.,* Coated VICRYL® Plus Antibacterial (polyglactin 910) Suture product page, https://www.jnjmedicaldevices.com/en-US/product/coated-vicryl-plus-antibacterial-polyglactin-910-suture; MONOCRYL® Plus Antibacterial (poliglecaprone 25) Suture product page https://www.jnjmedicaldevices.com/en-US/product/monocryl-plus-antibacterial-poliglecaprone-25-suture; STRATAFIX™ Spiral Knotless Tissue Control Device product page, https://www.jnjmedicaldevices.com/en-US/product/stratafix-spiral-knotless-tissue-control-device.
[12] *See, e.g.*, ETH-UT0004580-4584 (K050845); ETH-UT0004575-4579 (K032420); ETH-UT0005259-5266 (Bezwada et al., Monocryl® suture, a new ultra-pliable absorbable monofilament suture, 1995); ETH-UT0004704-4708 (material specification); MONOCRYL® Plus Antibacterial (poliglecaprone 25) Suture product page https://www.jnjmedicaldevices.com/en-US/product/monocryl-plus-antibacterial-poliglecaprone-25-suture; US9149273 to Scalzo et al.; 5/16/19 Scalzo Dep. Tr. at 33:7-34:6, 52:12-53:6, 63:7-10; 9/17/19 Pokropinski Dep. Tr.; Ethicon's Response to Plaintiffs' Interrogatory No. 10, including patents identified therein. Plaintiffs also intend to rely on expert testimony concerning Hansen solubility parameters, polymer properties and classifications, and therapeutic agent properties and classifications.
[13] *See* Fn. 10.
[14] *See* Fn. 10.
[15] *See* Fn. 10.
[16] *See, e.g.*, ETH-UT0005284-5293 (14-day subcutaneous in vivo recovery study).

| Accused Devices | Asserted Claims | Plaintiffs' Contentions Concerning Ethicon's Willful Direct and Indirect Infringement of U.S. Patent No. 6,596,296 |
|---|---|---|
| (3) STRATAFIX™ Spiral MONOCRYL™ Plus Antibacterial Sutures or other products within the scope of FDA 510(k) K151200 and K182873[iii] | 1, 2, 11, 16, 17, 26 | See (2)<br>The accused devices practice the asserted claims 1, 2, 11, 16, 17, 26.<br>*See* Amended Complaint for Patent Infringement, ¶¶ 29, 32-33. '296 patent claim 1 recites "1. A composition comprising at least one biodegradable polymer fiber wherein said fiber is composed of a first phase and a second phase, the first and second phases being immiscible, and wherein the second phase comprises one or more therapeutic agents." The accused devices practice **claim 1** because each includes at least one bioabsorbable polymer filament composed of discrete triclosan-containing regions of polyglycolic acid (second phase) dispersed throughout (not dissolved in) a random copolymer portion made up of epsilon caprolactone and polyglycolic acid (first phase).[17] The accused devices practice **claim 2** because the second phase is derived from a polymer, namely polyglycolic acid.[18] The accused devices practice **claim 11** because triclosan is part of the general class of antibiotics.[19] The accused devices practice **claims 16 and 17** because the random copolymer portion made up of epsilon caprolactone and polyglycolic acid (first phase) would be characterized as within the class of aliphatic polyesters.[20] The accused devices practice **claim 26** because the rate at which triclosan is released is not constant, but instead varies with time.[21]<br><br>Ethicon's Willful Direct Infringement<br>*See* Amended Complaint for Patent Infringement, ¶¶ 34, 36 and willful direct infringement allegations set forth in row (2) herein.<br><br>Ethicon's Indirect Infringement<br>*See* Amended Complaint for Patent Infringement, ¶ 35 and indirect infringement allegations set forth in row (2) herein. |

[17] *See, e.g.*, FDA 510(k) Number K182873; UT-ETH000018-0026 (K151200); ETH-UT0004580-4584 (K050845); ETH-UT0004575-4579 (K032420); ETH-UT0005259-5266 (Bezwada et al., MONOCRYL® suture, a new ultra-pliable absorbable monofilament suture, 1995); ETH-UT0004704-4708 (material specification); MONOCRYL® Plus Antibacterial (poliglecaprone 25) Suture product page https://www.jnjmedicaldevices.com/en-US/product/monocryl-plus-antibacterial-poliglecaprone-25-suture; STRATAFIX™ Spiral Knotless Tissue Control Device product page, https://www.jnjmedicaldevices.com/en-US/product/stratafix-spiral-knotless-tissue-control-device; US9149273 to Scalzo et al.; 5/16/19 Scalzo Dep. Tr. at 33:7-34:6, 52:12-53:6, 63:7-10; 9/17/19 Pokropinski Dep. Tr.; Ethicon's Response to Plaintiffs' Interrogatory No. 10, including patents identified therein. Plaintiffs also intend to rely on expert testimony concerning Hansen solubility parameters, polymer properties and classifications, and therapeutic agent properties and classifications.

[18] *See* Fn. 18.

[19] *See* Fn. 18.

[20] *See* Fn. 18.

[21] *See, e.g.*, ETH-UT0005284-5293 (14-day subcutaneous in vivo recovery study).

---

i The Coated VICRYL® Plus Antibacterial (Polyglactin 910) Suture is a sterile, synthetic absorbable surgical suture (dyed and undyed) and is composed of a copolymer made from 90% glycolide and 10% L-lactide. It is coated with a mixture composed of equal parts of Polyglactin 370 (65%PLA/35%PGA, a copolymer of glycolide and L-lactide) and calcium stearate. A small amount of an antibacterial agent, IRGACARE® MP (Triclosan), has been added to the suture coating. IRGACARE® MP is the tradename given by CIBA Specialty Chemicals Corp. for their high purity material that meets U.S.P. specifications for triclosan. Coated VICRYL® Plus Antibacterial (Polyglactin 910) Synthetic Absorbable Suture is a multifilament [braided] Suture and is available dyed and undyed. It meets U.S.P. requirements, except for diameter, as described in the U.S.P. Monograph for synthetic absorbable surgical Suture. The dyed version of the device is available with an approved color additive (D&C Violet No.2). The subject device is identical to the predicate device (K032420) in all aspects, including design, materials, sterilization and packaging. The only difference between the proposed and the predicate devices lies in [] some labeling statements. Coated VICRYL® Plus Antibacterial suture contains IRGACARE® MP (Triclosan), a broad spectrum antibacterial agent at no more than 275 µg/m. For K181652, approved in 2018: The suture contains IRGACARE® MP (Triclosan), a broad spectrum antibacterial agent, at no more than 472 µg/m. The accused products include the products identified as: VCPB269H, VCPB726D, VCPB727D, VCPB416H, VCPB774D, VCPB864D, VCPB417H, VCPB944H, VCPB259H, VCPB739D, VCPB839D, VCPB945H, VCPB260H, VCPB340H, VCPB41D, VCPB740D, VCPB840D, VCPB946H, VCPPB31D, VCPB341H, VCPB741D, VCPB841D, VCPB947H, VCPB958H, D10083, D10084, VCPB724D, VCPB978H, VCPB725D, VCPB765D, VCPB977H, D10045, VCPB650G, VCP433H, VCP434H, VCP743D, D10082, VCP213H, VCP303H, VCP214H, VCP304H, VCP714D, VCP215H, VCP305H, VCP713D, VCP306H, D9973, D10081, VCP327H, VCP328H, VCP329H, VCP218H, VCP310H, VCP771D, VCP219H, VCP311H, VCP772D, VCP232H, VCP332H, VCP269H, VCP333H, VCP726D, VCP270H, VCP334H, VCP727D, VCP335H, D9909, D9908, D9910, D9907, VCP789D, VCP315H, VCP415H, VCP773D, VCP316H, VCP416H, VCP774D, VCP784D, VCP864D, VCP527H, VCP317H, VCP417H, VCP775D, VCP785D, VCP418H, D9911, VCP801D, VCPP81D, VCPP80D, VCP258H, VCP338H, VCP344H, VCP738D, VCP838D, VCP944H, VCP259H, VCP339H, VCP345H, VCP739D, VCP839D, VCP945H, VCPP42D, VCP260H, VCP340H, VCP346H, VCP740D, VCP840D, VCP946H, VCPP31D, VCPP41D, VCP261H, VCP341H, VCP347H, VCP741D, VCP841D, VCP947H, VCPP40D, VCP322H, VCP323H, VCP700D, VCP436H, VCP701D, VCPP71D, VCP437H, VCP702D, VCP356H, VCP956H, VCP275H, VCP351H, VCP357H, VCP751D, VCP957H, VCP280H, VCP352H, VCP358H, VCP752D, VCP958H, VCP281H, VCP353H, VCP359H, VCP753D, VCP959H, VCP980H, VCP363H, VCP369H, VCP723D, VCP979H, VCP364H, VCP370H, VCP724D, VCP764D, VCP978H, VCP365H, VCP371H, VCP765D, VCP977H, D10035, VCP649G, VCP849G, VCP880T, VCP581G, VCP583G, D10006, VCP602H, VCP603H, VCP375H, VCP376H, D9922, D10042, D10046, VCP916H, VCP917H, VCP516H, VCP517H, VCP518H, VCP519H, VCP391H, VCP421H, VCP392H, VCP422H, VCP393H, VCP423H, VCP441H, VCP451H, VCP442H, VCP452H, VCP443H, VCP787D, VCP787Z, VCP588H, VCP589H, VCP502H, VCP596H, VCP706T, VCP748T, VCP694H, VCP749T, VCP695H, VCP708T, VCP458H, VCP460H, VCP790D, VCP459H, VCP761D, VCP868H, VCP762D, VCP869H, VCP870H, VCP871H, VCP265H, VCP266H, VCP466H, VCP472H, VCP267H, VCP467H, VCP268H, VCP468H, VCP474H, VCP533H, VCP710T, VCP750T, VCP534H, VCP711T, VCP754T, VCP535H, D10054, VCP478H, VCP197H, VCP196H, VCP480H, VCP486H, VCP195H, VCP716T, VCP698H, VCP717T, VCP756T, VCP699H, VCP718T, VCP757T, VCP719T, VCP568H, VCP569H, D9957, VCP662H, VCP663H, VCP940H, VCP931H, VCP490G, VCP463G, VCP493G, VCP493H, VCP464G, VCP494G, VCP494H, VCP500G, VCP500H, VCP495G, VCP495H, VCP426H, VCP496G, VCP496H, VCP427H, VCP497G, VCP497H, VCP428H, VCP682G, VCP682H, VCP935H, VCP683G, VCP683H, VCP936H, VCP511G, VCP593G, VCP594G, VCP506G, VCP507G, VCP503G, VCP504G, VCP656G, VCP834G, VCP835G, VCP844G, VCP845G, VCP822G, VCP823G, VCP823H, VCP824G, VCP103G, VCP109G, VCP104G, VCP110G, VCP634T, VCP644H, VCP105G, VCP111G, VCP607H, VCP615H, VCP635T, VCP645T, VCP106G, VCP112G, VCP608H, VCP616H, VCP636T, VCP646T, VCP107G, VCP617H, VCP618H, D9906, D9905, VCP284G, VCP205G, VCP285G, VCP885G, VCP286G, VCP207G, VCP287G, VCP208G. **The accused products also include all "Coated VICRYL® Plus" products identified by Ethicon in response to Plaintiffs' Interrogatory No. 3 (*see, e.g.*, Appendix A attached to Ethicon's 3/28/2019 Objections and Responses; Supplemental Appendix A attached to Ethicon's 6/17/2019 Response).**

ii The MONOCRYL® Plus Antibacterial (Poliglecaprone 25) Suture is a monofilament synthetic absorbable surgical suture prepared from a copolymer of glycolide and epsilon-caprolactone. The suture is available dyed (D&C Violet No. 2) or undyed (natural). The suture contains IRGACARE® MP (Triclosan), a broad spectrum antibacterial agent, at no more than 2360 µg/m. MONOCRYL® (Ethicon) "is made from 75% PGA segments and 25% PCL segments." The accused products include the products identified as: YB416, YB944, YB257, YB258, YB946, YB947, YB978, D8815, D9759, D9641, Y432H, Y433H, Y434H, D9891, D9555, Y213H, Y303H, Y214H, Y304H, Y215H, Y305H, D9842, D9543, D9213, D9158, D8291, Y218H, Y219H, Y872D, D8901, D9568, D8927, Y333H, Y762H, Y334H, Y335H, D8893, Y315H, Y415H, Y316H, Y416H, Y317H, Y417H, Y732H, Y318H, Y527H, D8694, Y801D, D8678, Y338H, Y344H, Y738D, Y944H, Y339H, Y345H, Y739D, Y945H, Y340H, Y346H, Y740D, Y946H, YY31G, Y341H, Y347H, Y947H, YY30G, D9912, D9270, Y227H, D8721, Y701D, YY71G, YY70G, Y350H, Y351H, Y357H, Y352H, Y358H, Y353H, Y359H, Y397H, Y398H, Y399H, D9162, D9473, D8726, D8550, D9639, D9645, D9471, Y604H, Y605H, Y606H, D9503, D7611, D8592, Y377H, Y378H, D8752, D9765, Y817H, Y917H, D8955, Y266H, Y267H, D9372, D8655, Y523H, D9600, Y931H, Y932H, Y489G, Y490G, Y492G, Y463G, Y493G, Y464G, Y494G, Y495G, Y426H, Y496G, Y513G, Y427H, Y497G, D8786, Y682H, Y935H, Y936H, D8797, D7656, Y510G, D8839, D8762, D9418, D8539, D10051, Y833G, Y834G, Y835G, Y844G, Y845G, Y822G, Y823G, Y814G, D8633, D9491, Y908G, Y909G, Y910G, Y911G, D8477. **The accused products also include all "MONOCRYL® Plus" products identified by Ethicon in response to Plaintiffs' Interrogatory No. 3 (*see, e.g.*, Appendix A attached to Ethicon's 3/28/2019 Objections and Responses; Supplemental Appendix A attached to Ethicon's 6/17/2019 Response).**

---

[iii] The STRATAFIX™ Spiral MONOCRYL™ Plus Knotless Tissue Control Device is an antibacterial monofilament, synthetic absorbable device prepared from a copolymer of glycolide and ε-caprolactone. The device contains IRGACARE® MP (Triclosan), a broad spectrum antibacterial agent, at no more than 2360 µg/m. Poliglecaprone 25 copolymer has been found to be nonpyrogenic and elicits only a slight tissue reaction during absorption. MONOCRYL ® (Ethicon) "is made from 75% PGA segments and 25% PCL segments." The accused products include the products identified as: SXMP1B101, SXMP1B102, SXMP1B103, SXMP1B104, SXMP1B105, SXMP1B106, SXMP1B107, SXMP1B108, SXMP1B109, SXMP1B110, SXMP1B111, SXMP1B113, SXMP1B114, SXMP1B115, SXMP1B116, SXMP1B117, SXMP1B118, SXMP1B119, SXMP1B120, SXMP1B408, SXMP1B409, SXMP1B410, SXMP1B411, SXMP1B412, SXMP1B413, SXMP1B414, SXMP1B415, SXMP1B416, SXMP1B417, SXMP1B419, SXMP1B420, SXMP1B421, SXMP1B424, SXMP1B425, SXMP1B427, SXMP1B428, SXMP1B429, SXMP1B433, SXMP1B434, SXMP1B435, SXMP1B437, SXMP1B438. **The accused products also include all "STRATAFIX™ Spiral MONOCRYL™ Plus" products identified by Ethicon in response to Plaintiffs' Interrogatory No. 3 (*see, e.g.,* Supplemental Appendix A attached to Ethicon's 6/17/2019 Response).**