FILED
2021 AUG 30 PM 4:06
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM AND TISSUEGEN, INC., PLAINTIFFS, | § | |
| v. | § | Case No. 1:17-cv-01084-LY |
| ETHICON, INC. AND ETHICON US, LLC, DEFENDANTS. | § | |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a), and upon the Joint Stipulation of Dismissal With Prejudice filed by the parties, the Court ORDERS that all claims and counterclaims in this action are dismissed with prejudice, each party to bear its own attorneys' fees and costs.

SIGNED this 30th day of August, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE