IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 AUG 30 PM 4:05
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______
DEPUTY

| | | |
|---|---|---|
| BOARD OF REGENTS,<br>THE UNIVERSITY OF TEXAS<br>SYSTEM, AND TISSUEGEN, INC.,<br>PLAINTIFFS, | §<br>§<br>§<br>§<br>§ | |
| V. | § | CAUSE NO. A-17-CV-01084-LY |
| ETHICON, INC. AND<br>ETHICON US, LLC,<br>DEFENDANTS. | §<br>§<br>§<br>§<br>§ | |

**ORDER CLOSING CASE**

Before the court is the above styled and numbered cause. By separate order the court ordered that all claims and counterclaims in this action be dismissed with prejudice and that each party bear its own attorney's fees and costs.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 30th day of August, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE